Ling Y. Kuang (SBN 296873)
Kurt D. Kessler (SBN 327334)
  lkuang@audetlaw.com
  kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
  San Francisco, CA 94102-3275
  Telephone:  (415) 568-2555
  Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Sagi Cezana, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI CEZANA, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>              Defendants. | Case No:      3:21-cv-00759-SK<br><br>**NOTICE OF APPEARANCE OF LING Y. KUANG AND KURT D. KESSLER AS COUNSEL FOR PLAINTIFFS** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 5-1(c)(2), both LING Y. KUANG and KURT D. KESSLER of AUDET & PARTNERS, LLP, hereby enter appearance as counsel of record on behalf of Plaintiff SAGI CEZANA, on behalf of himself and all others similarly situated, in the above referenced action. Said counsel request that copies of all pleadings, notices and other papers pertaining to the above-entitled matter be given and served upon the following address:

> Ling Y. Kuang
> lkuang@audetlaw.com
> Kurt D. Kessler
> kkessler@audetlaw.com
> Audet & Partners, LLP
> 711 Van Ness Avenue, Suite 500
> San Francisco, CA 94102-3275

Ling Y. Kuang and Kurt D. Kessler are both licensed to practice in the State of California, are both members in good standing with the California State Bar and are admitted to practice before the United States District Court for the Northern District of California.

Dated: February 2, 2021                                    Respectfully submitted,

By:  s/ *Ling Kuang*
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
AUDET & PARTNERS, LLP

By:  s/ *Kurt Kessler*
Kurt D. Kessler (CA #327334)
cwoods@audetlaw.com
AUDET & PARTNERS, LLP

*Attorneys for Plaintiff Sagi Cezana, on behalf of himself and all others similarly situated*

**Signature Attestation pursuant to Local Rule 5.1**

I, Ling Y. Kuang, am the ECF User whose ID and password are being used to file this Notice of Appearance. In compliance with Local Rule 5.1(i)(3), I hereby attest that the signatories to this document has concurred in this filing.

Dated: February 2, 2021                        s/       *Ling Kuang*