United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI CEZANA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBINHOOD FINANCIAL LLC, et al.,<br><br>          Defendants. | Case No.21-cv-00759-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 18, 2021 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due May 11, 2021 by 5:00 P.M.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: February 18, 2021

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: _____
                                        Mauriona Lee, Deputy Clerk to the
                                        Honorable JON S. TIGAR
                                        510-637-3530