1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
   235 Montgomery Street, 17th Floor
3  San Francisco, California 94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  Email:  emonekanderson@fbm.com
   Email:  bwisoff@fbm.com
6
7  Antony L. Ryan (*pro hac vice* application forthcoming)
   Kevin J. Orsini (*pro hac vice* application forthcoming)
8  Brittany L. Sukiennik (*pro hac vice* application forthcoming)
   **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone:  (212) 474-1000
10 Facsimile:  (212) 474-3700
   Email:  aryan@cravath.com
11 Email:  korsini@cravath.com
   Email:  bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, and Robinhood Markets, Inc.

15
16                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
17                              **OAKLAND DIVISION**

| | |
|---|---|
| SAGI CEZANA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD MARKETS, INC., a Delaware corporation; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company;<br><br>Defendants. | Case No.: 4:21-cv-00759-JST<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>The Hon. Jon S. Tigar |

Plaintiff Sagi Cezana ("Plaintiff") and Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint on January 29, 2021 (Dkt. No. 1);

WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is currently April 5, 2021;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of actions requested to be centralized;

WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule;

WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted, and the transferee judge orders Defendants to respond by a certain date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiff.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, and the transferee judge orders Defendants to respond by a certain date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.

2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.

3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

| | | |
|---|---|---|
| 1 | Dated: March 5, 2021 | By: /s/ C. Brandon Wisoff |

C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:   (415) 954-4400
Facsimile:   (415) 954-4480
Email:   bwisoff@fbm.com
Email:   emonekanderson@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

Dated: March 5, 2021          By: /s/ David Kuang

"David" Ling Y. Kuang (SBN 296873)
lkuang@audetlaw.com
William M. Audet (SBN 117456)
waudet@audetlaw.com
Kurt D. Kessler (SBN 327334)
kkessler@audetlaw.com
**Audet & Partners, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:      (415) 568-2555
Facsimile:      (415) 568-2556

*Counsel for Plaintiff Sagi Cezana, on behalf of himself and all others similarly situated*

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND
Case No. 4:21-cv-00759-JST

## ATTESTATION

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: March 5, 2021                            FARELLA BRAUN + MARTEL LLP

By:  /s/ C. Brandon Wisoff
         C. Brandon Wisoff

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 4:21-cv-00759-JST